**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GUAVA LLC,

   CASE NO. 0:13-cv-00313

 Plaintiff,

v.

   Judge: Hon. Richard H. Kyle

JOHN DOE,   Magistrate Judge: Hon. Jeanne J. Graham

 Defendant.

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

 Plaintiff Guava LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

      Respectfully submitted,

      Guava LLC

DATED: February 18, 2013

      By: s/ Michael K. Dugas
        Michael K. Dugas
        Bar No. 0392158
        Attorney for Plaintiff
        40 South 7th Street
        Suite 212 – 307
        Minneapolis, MN 55402
        Telephone: (888) 588-9473
        mkdugas@livewireholdings.com