UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Guava, LLC<br>　　　　Plaintiff,<br>vs.<br><br>John Doe,<br>　　　　Defendant. | CIVIL 13-313 RHK/JJG |
| ------------------------------------------ | |
| Guava, LLC<br>　　　　Plaintiff,<br>vs.<br><br>John Doe,<br>　　　　Defendant | CIVIL 13-319 JRT/FLN |
| ------------------------------------------ | |
| Guava, LLC<br>　　　　Plaintiff,<br>vs.<br><br>John Doe,<br>　　　　Defendant | CIVIL 13-322 JRT/JJK |

-----------------------------------------------------------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

　　　Case No. 13- 313 having been assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham, and Case No. 13-319 having later been assigned to Judge John R. Tunheim and Magistrate Judge Franklin L. Noel and Case No. 13-322 having been assigned to Judge John R. Tunheim and Magistrate Judge Jeffrey J. Keyes, said matters being related cases,

　　　IT IS HEREBY ORDERED That Case No. 13-319 JRT/FLN and 13-322 JRT/JJK be assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

　　　IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

Dated: February 20, 2013　　　　　　　　　　　　　　　　s/ Richard H. Kyle

                                              Judge Richard H. Kyle
                                              United States District Court

Dated: February 20, 2013                    s/John R. Tunheim
                                              Judge John R. Tunheim
                                              United States District Court