UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guava, LLC                                                                                         CIVIL 13-313 RHK/JJG
                Plaintiff,
vs.


John Doe,
                Defendant.

------------------------------------------                                                         CIVIL 13-318 ADM/TNL
Guava, LLC
                Plaintiff,
vs.

John Doe,

                Defendant

------------------------------------------
Guava, LLC,                                                                                        CIVIL 13-321 RHK/JSM

                Plaintff

vs

John Doe,
                Defendant.

---------------------------------------------------------------------------------------------

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

      Case No. 13- 313 having been assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham, and Case No. 13-318 having later been assigned to Judge Ann D. Montgomery and Magistrate Judge Tony N. Leung and Civil 13-321 having been assigned to Magistrate Judge Janie S. Mayeron, said matters being related cases,

      IT IS HEREBY ORDERED That Case No. 13-318 ADM/TNL and 13-321 RHK/JSM be assigned to Judge Richard H. Kyle and Magistrate Judge Jeanne J. Graham, nunc pro tunc, by use of a card on the Master list of the automated case assignment system, and the Clerk of court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed December 19, 2008.

      IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

Dated: February 20, 2013        s/ Richard H. Kyle
                                Judge Richard H. Kyle
                                United States District Court

Dated: February 21, 2013        s/Ann D. Montgomery

                                Judge Ann D. Montgomery
                                United States District Court