UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GUAVA, LLC, | CASE NO. 13-cv-00313 |
| Plaintiff, | |
| | Judge: Hon. Richard H. Kyle |
| v. | |
| | Magistrate Judge: Hon. Jeanne J. Graham |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Guava, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                          Respectfully submitted,

                                          GUAVA, LLC

DATED: March 11, 2013

                                          By:    s/ Michael K. Dugas
                                                       Michael K. Dugas
                                                       Bar No. 0392158
                                                       Attorney for Plaintiff
                                                       40 South 7th Street
                                                       Suite 212 – 307
                                                       Minneapolis, MN 55402
                                                       Telephone: (888) 588-9473
                                                       mkdugas@livewireholdings.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 11, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system.

/s/ Michael K. Dugas